**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:   **FILED: JULY 24, 2008**
**Comerica Bank vs. 3 More Feet, Inc., d/b/a Papa's Pizza, Michael**     **08CV4219**
**Anderson, Joseph Mitchell, Christine Anderson, Sandra Mitchell**       **JUDGE ZAGEL**
                                                                        **MAGISTRATE JUDGE KEYS**
                                                                        **AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**COMERICA BANK**

NAME (Type or print)
Kurt M. Carlson

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Kurt M. Carlson

FIRM   Tishler & Wald, Ltd.

STREET ADDRESS   200 South Wacker Drive, Suite 3000

CITY/STATE/ZIP   Chicago, Illinois  60606

| ID NUMBER   06236568 | TELEPHONE NUMBER   312/876-3800 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL